22 A.3d 1029

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Alfredo ALICEA, Respondent.**

Supreme Court of Pennsylvania.

June 27, 2011.

### ORDER

PER CURIAM.

**AND NOW,** this 27th day of June, 2011, the Petition for Allowance of Appeal is hereby **GRANTED,** and the decision of the Superior Court is **VACATED.** The Superior Court erroneously based its holding that the trial court abused its discretion in the admission of evidence on a distinct legal theory that Respondent did not preserve or develop. *See* Pa.R.A.P. 302(a); *Commonwealth v. Fletcher,* 604 Pa. 493, 535–36, 986 A.2d 759, 785 (2009). The matter is **REMANDED** to the Superior Court for consideration and disposition of the issues properly preserved and developed for its review.